**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Warren Lamont LITTLE, a/k/a**
**Pete, Defendant–Appellant.**

No. 00–7454.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Warren Lamont Little, pro se. David Bernard Smith, Greensboro, NC, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Warren Lamont Little appeals from the district court's order denying his Fed.R.Crim.P. 35(b) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Little,* No. CR–95–146 (M.D.N.C. Sept. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*